[No. 55060-8-I.   Division One.   April 3, 2006.]

JACOB DAVIS ET AL., *Respondents,* v. RGLLC, L.L.C.,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 03-2-25904-7, Bruce W. Hilyer, J., entered
September 29, 2004. *Affirmed* by unpublished opinion per
Appelwick, C.J., concurred in by Becker and Schindler, JJ.

[No. 55117-5-I.   Division One.   April 3, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES LEE WIBERG,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 03-1-07854-5, Palmer Robinson, J., entered
January 26, 2004. *Affirmed* by unpublished per curiam
opinion.

[No. 55180-9-I.   Division One.   April 3, 2006.]

*In the Matter of the Detention of* DALE PRESTON DAVIS.

THE STATE OF WASHINGTON, *Respondent,* v. DALE PRESTON
DAVIS, *Appellant.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 99-2-00921-1, Ira Uhrig, J., entered
October 11, 2004. *Affirmed* by unpublished opinion per
Baker, J., concurred in by Coleman and Ellington, JJ.

[No. 55432-8-I.   Division One.   April 3, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JESUS MACIEL
MENDOZA, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 03-1-00929-5, Susan K. Cook, J., entered No-
vember 24, 2004. *Affirmed* by unpublished opinion per
Baker, J., concurred in by Appelwick, C.J., and Cox, J.